FILED MAILROOM

JUL 30 2008

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )  | Criminal No. 1:96cr227 |
| Respondent,        ) | |
| ) | |
| ) | |
| ) | |
| vs.        ) | |
| ) | |
| KURT SHAWN HANEIPH,        ) | |
| ) | |
| Defendant.        ) | |

## NOTICE OF APPEAL

AND NOW the defendant KURT SHAWN HANEIPH (hereinafter "Mr. Haneiph")do hereby requests a filing of Notice of Appeal pursuant this Court's adversed ORDER entered July 14, 2008, from Mr. Haneiph's pro se Motion under 18 U.S.C. § 3582(c)(2).

WHEREFORE, Mr. Haneiph requests a stamped return copy (an extra copy has been submitted with Notice of Appeal with a self-stamped envelope) of said document. The Clerk's assistance in this matter is greatly appreciated. Thanks for the service.

Respectfully Submitted,

*/s/ Kurt Haneiph*

KURT SHAWN HANEIPH,
Reg. No. 42060-083
F.C.I. McKean
Post Office Box 8000
Bradford, Pennsylvania 16701

cc.
Filed: July 17, 2008

ksh
*****

