IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:96cr227 (JCC) |
| | ) | |
| SAMUEL JONATHAN ANTHONY, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION FOR REDUCTION OF SENTENCE

The United States of America, by its undersigned counsel, hereby responds to the Defendant's Motion to Reduce Sentence, pursuant to Title 18, United States Code Section 3582(c)(2) and U.S.S.G. § 1B1.10. The government does not object to the defendant's motion requesting that the Court enter an order reducing his term of imprisonment, as set forth below, from 235 to 188 months, following his previous conviction for conspiracy to distribute 50 grams or more of crack cocaine. In all other respects, the Court's judgment should remain unchanged.

**SENTENCING HISTORY:**

| | |
|---|---|
| BOP No. | 49906-083 |
| Offense(s) of Conviction | Conspiracy to distribute 50 grams or more of crack cocaine, 21 U.S.C. §§ 841(a)(1) & 846 |
| Original Sentencing Date | October 25, 1996 |

Original Guideline Findings of the Court for
Crack Count

| | | |
|---|---|---|
| | Drug Quantity | 150 - 500 grams |
| | Offense Level Total | 36 |
| | Criminal History Total | III |
| | Guideline Range | 235 to 293 months |
| | Statutory Minimum Sentence | 10 years |
| | 5K Motion | N/A |
| | Guideline Range after 5K Motion | N/A |
| Original Sentence of Imprisonment for Crack Count | | 235 months |
| Pending Matters (Appeal or 28 U.S.C. § 2255) | | N/A |
| Place of Confinement | | Lee USP |
| Projected Release Date | | 09/01/2013 |

**ELIGIBILITY FACTORS:**

The government has determined that the defendant is eligible for a reduction in his term of imprisonment as a result of the amended guideline range for crack cocaine offenses. The government has considered the factors set forth in 18 U.S.C. § 3553(a) and the defendant's post-sentence conduct, as reflected in records obtained from the United States Bureau of Prisons, and does not object to a reduction in the defendant's sentence of imprisonment.

**REVISED GUIDELINE CALCULATIONS:**

| | |
|---|---|
| Drug Quantity | 150 - 500 grams |
| Offense Level Total | 34 |
| Criminal History Category | III |
| Guideline Range of Imprisonment | 188 - 235 months |

2

The sentence previously imposed by the Court was at the low end of the guideline range. The government does not object to a reduction in the defendant's sentence of imprisonment from 235 months to 188 months, which is the low end of the revised guideline range.  In all other respects, the Court's original sentence should remain unchanged.

Respectfully Submitted,

Chuck Rosenberg
United States Attorney


By:  _____/s/_____
     W. Neil Hammerstrom, Jr.
     Assistant United States Attorney
     Attorney for the United States of America
     United States Attorney's Office
     2100 Jamieson Avenue
     Alexandria, VA 22314
     Telephone:  703-299-3755
     Fax:  703-299-3982
     Email:  Neil.Hammerstrom@usdoj.gov

Filed:  September 19, 2008

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of September, 2008, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of

such filing (NEF) to the following:

Thomas T. Heslep
Attorney for Defendant Anthony
419 7th Street, N.W., #401
Washington, D.C.  20004
TTHESLEP@aol.com

/s/
_____
W. Neil Hammerstrom, Jr.
Assistant United States Attorney
Attorney for the United States of America
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  703-299-3755
Fax:  703-299-3982
Email:  Neil.Hammerstrom@usdoj.gov
