**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7524

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

KURT SHAWN HANEIPH,

        Defendant - Appellant.

FILED DEC - 1 2008

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:96-cr-00227-CMH-1)

Submitted: November 20, 2008      Decided: December 1, 2008

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge

Affirmed by unpublished per curiam opinion.

Kurt Shawn Haneiph, Appellant Pro Se. William Neil Hammerstrom, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kurt Haneiph appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Haneiph</u>, No. 1:96-cr-00227-CMH-1 (E.D. Va. filed July 14, entered July 15, 2008).

We grant Haneiph's motion to file a supplemental appendix. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

FILED: December 1, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7524
(1:96-cr-00227-CMH-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

KURT SHAWN HANEIPH,

        Defendant - Appellant

JUDGMENT

In accordance with the decision of this Court, the judgment of the District Court is affirmed.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK