IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:96cr227 (JCC) |
| | ) | |
| Samuel Jonathan Anthony, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter comes before the Court upon Defendant's unopposed motion for reduction in sentence of imprisonment pursuant to 18 U.S.C. § 3582(c)(2). Based on the defendant's motion, it appears that the defendant is eligible for such relief, and for good cause shown, and it appearing there is an agreement between the parties, the motion is granted.

For this reason, it is accordingly

ORDERED that the Defendant's sentence of imprisonment is reduced from 235 months to **188 months** as to Count 1. In all other respects, the Judgment in a Criminal Case entered on October 25, 1996, shall remain in full force and effect.

IT IS FURTHER ORDERED, that if the resulting total sentence of imprisonment is less than the amount of time the defendant is already served, the sentence is reduced to a time-served sentence.

The Clerk is directed to forward copies of this Order to counsel of record, the Probation Office, the Marshals Service, the Bureau of Prisons, and the United States Sentencing Commission.

Entered this 2nd day of December, 2008.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia