Filed: December 10, 2008

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)



No. 08-7524,  US v. Kurt Haneiph
               1:96-cr-00227-CMH-1

Notice is provided to the Clerk of the District Court that:

[X] This Court's mandate has been stayed pending disposition of a petition for panel and/or en banc rehearing.

[ ] This Court's mandate has been stayed pending disposition of a motion to stay the mandate.

[ ] This Court's mandate has been recalled for the limited purpose of considering a timely petition for panel and/or en banc rehearing.

/s/ PATRICIA S. CONNOR, CLERK