FILED: December 23, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7524
(1:96-cr-00227-CMH-1)



UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

KURT SHAWN HANEIPH,

    Defendant - Appellant

O R D E R

The Court denies the petition for rehearing.

Entered at the direction of the panel: Judge Motz, Judge Gregory and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk