Prob 35 (Rev. VAE 02/14)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA



UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　Crim. No.: 1:96CR00227-002

SAMUEL JONATHAN ANTHONY, JR.

On January 20, 2011, the above-named defendant was placed on supervised release for a period of 5 year(s). The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Carolyn J. Nulf
U.S. Probation Officer
(703) 366-2119

CJN/lmg

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _11th_ day of _March_, 20_14_.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　James C. Cacheris
　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　The Honorable James C. Cacheris
　　　　　　　　　　　　　　　Senior United States District Judge

**TO CLERK'S OFFICE**