# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:96CR227 (CMH) |
| | ) | |
| KURT SHAWN HANEIPH, | ) | Civil No.     1:16CV780 (CMH) |
| | ) | |
| **Defendant.** | ) | |

## PETITIONER'S RESPONSE TO GOVERNMENT'S MOTION TO HOLD
## § 2255 GUIDELINES CHALLENGE IN ABEYANCE

COMES NOW the petitioner, Kurt Shawn Haneiph, by counsel, and notes that he has no objection to this Court holding his motion brought under 28 U.S.C. § 2255 (Dkt. 156) in abeyance pending a decision from the United States Supreme Court in *United States v. Beckles*, No. 15-8544.

    Respectfully submitted,
    KURT SHAWN HANEIPH

    By Counsel,
    Geremy C. Kamens
    Federal Public Defender

    _____/s/_____
    Nicholas J. Xenakis
    Counsel for Defendant
    Admitted Pro HacVice
    Office of the Federal Public Defender
    1650 King Street, Suite 500
    Alexandria, VA  22314
    (703)600-0869(telephone)
    (703)600-0880 (facsimile)
    Nick_Xenakis@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2016, I will electronically file the foregoing with the Clerk of court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>AUSA W. Neil Hammerstrom, Jr.
>United States Attorney's Office
>2100 Jamieson Avenue
>Alexandria, VA  22314

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the forgoing pleading will be delivered to Chambers within one business day of the electronic filing.

>                     /s/
>Nicholas J. Xenakis
>Counsel for Defendant
>Office of the Federal Public Defender
>1650 King Street, Suite 500
>Alexandria, VA  22314
>(703)600-0869(telephone)
>(703)600-0880 (facsimile)
>Nick_Xenakis@fd.org