IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| KURT SHAWN HANEIPH, | ) |
| Petitioner, | ) Criminal No. 1:96-cr-227 |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

### ORDER

THIS MATTER comes before the Court on Petitioner's motion for a reduced sentence pursuant § 404 of the First Step Act of 2018. Having considered Petitioner's motion and Respondent's opposition, it is hereby

ORDERED that Petitioner's motion to reduce sentence under § 404 of the First Step Act is GRANTED; and it is further

ORDERED that Petitioner's 360-month sentence on Count 1 be reduced to 262 months, to run concurrently with the 240-month sentences originally imposed on Counts 4 and 5, and that Petitioner's term of supervised release be reduced from 10 years to 6 years.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 25, 2020